UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MELVIN RIDEOUT,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

Case No. 24-cv-03824-WLH-E

**ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby **ORDERS** Plaintiff Melvin Rideout ("Plaintiff"), to show cause in writing no later than thirty (30) days, why this action should not be dismissed as moot.  On October 29, 2025, Defendant filed a status report updating the Court on the arbitration proceedings.  (Dkt. No. 55).  The status report states that "[a] final arbitration hearing was held on October 6, 2025, and the matter was deemed closed by both the arbitrator and the American Arbitration Association." (*Id*.).  The status conference further stated that Plaintiff submitted a request to reopen the arbitration to the arbitrator, which was subsequently denied on October 27, 2025.  (*Id*.).  On January 30, 2026, the Court held a status conference requesting an update on the arbitration at which time counsel for Defendant informed the Court that the time for challenging the arbitrator's

award had passed, which would be consistent with the Court's understanding.  (Dkt. No. 56).  Plaintiff did not appear for the status conference.

Plaintiff is therefore **ORDERED TO SHOW CAUSE** why this action should not be dismissed by filing a written response within thirty (30) days from the date of this Order, i.e., March 1, 2026.

**IT IS SO ORDERED.**

Dated:  January 30, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE